NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

OCT 21 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN THOMAS ENTLER, | No.   18-35885 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-05407-RBL |
| v. | |
| ROY GONZALES, Dept of Corrections Manager; BERNARD WARNER, Former Secretary of DOC, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted October 15, 2019**

Before:    FARRIS, LEAVY, and RAWLINSON, Circuit Judges.

Washington state prisoner John Thomas Entler appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging

deliberate indifference to his safety.  We have jurisdiction under 28 U.S.C. § 1291.

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We review de novo. *Thomas v. Ponder*, 611 F.3d 1144, 1149 (9th Cir. 2010). We affirm.

The district court properly granted summary judgment because Entler failed to raise a genuine dispute of material fact as to whether defendants knew of and disregarded an excessive risk to Entler's safety. *See Foster v. Runnels*, 554 F.3d 807, 814 (9th Cir. 2009) ("To establish a prison official's deliberate indifference, an inmate must show that the official was aware of a risk to the inmate's safety and that the official deliberately disregarded the risk."); *see also Farmer v. Brennan*, 511 U.S. 825, 844 (1994) ("[P]rison officials who actually knew of a substantial risk to inmate health or safety may be found free from liability if they responded reasonably to the risk[.]").

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

18-35885